SNELL v. O'ROURKE. (Supreme Court, Appellate Division. First Department. February 6, 1914.) Appeal from Special Term, New York County. Action by Ida Haggerty Snell against Joanna M. O'Rourke. From an order denying a temporary injunction, and an order denying a motion for a reargument, plaintiff appeals. Order denying injunction reversed, and injunction granted on conditions. Order denying reargument affirmed. Tobias A. Keppler, of New York City, for appellant. Hamilton Rainey, of New York City, for respondent.
PER CURIAM. Without expressing any opinion upon the plaintiff's right to a permanent injunction, we are of opinion, upon the facts presented, that an injunction should issue pending the determination of the plaintiff's right to have the lease reformed. The order denying the motion for a temporary injunction is therefore reversed, with $10 costs and disbursements, and the motion granted, staying the execution of the warrant to dispossess the plaintiff and enjoining the defendant, upon plaintiff paying the rent as stipulated in the lease and complying with the other terms therein mentioned during the pendency of this action, from interfering in any way with her full enjoyment of the premises leased. Such motion, however, is granted on condition that the plaintiff give to defendant an undertaking,

to be approved by a justice of this court both as to the form and sufficiency thereof, in the sum of $500, to indemnify defendant against any damage which she may sustain by reason of being so enjoined. The order denying a motion for a reargument is affirmed, without costs to either party.